IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CINDY KAYE BANNISTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV 123-116 |
| | ) |
| MARTIN O'MALLEY, Commissioner of Social Security Administration, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **AFFIRMS** the Commissioner's final decision, **CLOSES** this civil action, and **DIRECTS** the Clerk to **ENTER** a final judgment in favor of the Commissioner.

SO ORDERED this 4th day of March, 2024, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA